**ORDERED ACCORDINGLY.**

Dated: October 31, 2013



George B. Nielsen, Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:                              ) Chapter 7
                                    )
BRENT A. LYDA, fka BRENT A.         ) Case No. 2:13-11103-GBN
HARRIS, and HEATHER A. LYDA,        )
fka HEATHER A. CASPERS,             )
                                    )
        Debtors.                    ) ORDER
_____)

Debtors' motion to extend time to pay filing fee is granted.

IT IS ORDERED Debtors shall pay the filing fees still owing, namely, $246.00 as follows:

$25.00 to be paid on or before 11/29/2013

$25.00 to be paid on or before 12/27/2013

$25.00 to be paid on or before 01/24/2014

$25.00 to be paid on or before 02/21/2014

$25.00 to be paid on or before 03/21/2014

$25.00 to be paid on or before 04/18/2014

$25.00 to be paid on or before 05/16/2014

$25.00 to be paid on or before 06/13/2014

$25.00 to be paid on or before 07/11/2014

$21.00 to be paid on or before 08/08/2014

1   IT IS FURTHER ORDERED that the failure to pay any
2   installment in a timely manner may result in dismissal of this
3   case.
4                                    ORDERED ACCORDINGLY.

7   Copies mailed this 31st day
    of October, 2013, to:

9   Mr. & Mrs. Lyda
    3037 W. Libby Street
    Phoenix, AZ 85053
10  Debtors Pro Se

11  S. William Manera
    Chapter 7 Trustee
12  2025 N. Third Street #152
    Phoenix, AZ 85004

    By:/s/Rachael M. Stapleton
14        Judicial Assistant